**Donald M. BAKER, Petitioner–
Appellant,**

v.

**State of SOUTH CAROLINA; Charles M. Condon, Attorney General for the State of South Carolina; Geraldine P. Miro, Warden; Allendale Correctional Institution, Respondents–Appellees.**

No. 00–7394.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Donald M. Baker, pro se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donald M. Baker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Baker v. South Carolina*, No. CA–99–3392–4–24 (D .S.C. filed Sept. 22, 2000; entered Sept. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*